390 A.2d 309

Lowicki, Appellant, v. Crystal Window Cleaning Co., Inc.

Argued March 21, 1978.
David Kanner, for appellant;  K. McDonald, with him Daniel J. Ryan, for appellee.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.

390 A.2d 310

McGarity et al. v. Lal, Appellant.

Argued March 27, 1978.
D. Kaufman, with him Amrit Lal, appellant, in propria persona;  Michael A. Raffaele, for appellees.

Order affirmed.

HESTER, J., dissented.